IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ALMA GREEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:23-cv-00036 |
| SANOFI US SERVICES, INC., et al., | ) ) | JUDGE CAMPBELL |
| Defendants. | ) ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 47) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE